3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

ROSEANNE BALAGOT,

Defendant.
_______________________________/

Case:2:12-cr-20389
Judge: Lawson, David M.
MJ: Majzoub, Mona K.
Filed: 06-07-2012 At 03:52 PM
INDI USA V ROSEANNE BALAGOT (LG)

VIO: 18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**

18 U.S.C. § 2422(b) — *Persuading or coercing a minor to engage in sexual activity*

On or about April 2009 to November 2011, in the Eastern District of Michigan and elsewhere, the defendant, ROSEANNE BALAGOT, did use any facility of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce a minor, age 12 to 15, to engage in sexual activity for which any person could be charged with a criminal offense, specifically sexual conduct in the third degree contrary to Michigan Compiled Law 750.520c(1)(a), in violation of 18 U.S.C. § 2422(b).

**COUNT TWO**

18 U.S.C. § 2423(b) — *Travel with intent to engage in illicit sexual conduct*

On or about November 24th, 2011, in the Eastern District of Michigan and elsewhere, the defendant, ROSEANNE BALAGOT, did travel in interstate commerce for the purpose of

engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person under 18 years of age, in violation of 18 U.S.C. § 2423(b).

**THIS IS A TRUE BILL.**

s/Grand Jury Foreperson
Grand Jury Foreperson

BARBARA L. McQUADE
United States Attorney

s/Kevin M. Mulcahy
KEVIN M. MULCAHY
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9713

s/Sara D. Woodward
SARA D. WOODWARD (P73784)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9180
sara.woodward@usdoj.gov

Dated: June 7, 2012

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:12-cr-20389<br>Judge: Lawson, David M.<br>MJ: Majzoub, Mona K.<br>Filed: 06-07-2012 At 03:52 PM<br>INDI USA V ROSEANNE BALAGOT (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information**  This matter was opened in the USAO prior to August 15, 2008  [ ]

| Companion Case Information | Companion Case Number: N/A |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: N/A |
| ☐ Yes  ■ No | AUSA's Initials: SDW |

Case Title: USA v. ROSEANNE BALAGOT

County where offense occurred: Oakland

Check One:   ■ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- **no** prior complaint.
√ Indictment/____Information --- based upon prior complaint [Case number: 12-mj-30200 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____  Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 7, 2012
Date

*[signature]*
SARA D. WOODWARD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9180
Fax: (313) 226-2621
E-Mail address: sara.woodward@usdoj.gov
Attorney Bar #: P73784

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09